Ella Muller, Respondent, v. Louis Muller, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Samuel Postlein, Respondent, v. David M. Michel, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Jenks, Hooker, Gaynor and Miller, JJ.

The People of the State of New York, Respondent, v. Philip Form, Appellant.— Judgment of conviction affirmed. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The People of the State of New York ex rel. Michael H. Feeney, Appellant, v. John V. Coggey, as Commissioner of Corrections of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Annie. L. Quinlan, Respondent, v. The City of New York, Appellant.— Judgment unanimously affirmed, with costs, on the authority of *Gravey* v. *City of New Yo:k* (117 App. Div. 773). Present — Jenks, Hooker, Gaynor and Miller, JJ.

Mary J. Ralph, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred.

Samuel Reyman, Respondent, v. Hall B. Waring, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor and Miller, JJ.

Mary S. Roper, Appellant, v. Ulster County Agricultural Society, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Theodore P. Shonts, Respondent, v. Edward R. Thomas and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Christopher Staiger, Respondent, v. Robert H. Klitz and Charles R. Jung, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

James A. Stevenson, Appellant, v. John A. Kelly and Frederick J. Kelly, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Ingham Stubley, Respondent, v. Abel H. Gilbert, Appellant, Impleaded with Thomas L. James and Others.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

The Title Insurance Company of New York, Respondent, v. Herman Lobel, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John Ubart, as Administrator, etc., of Lizzie Ubart, Deceased, Respondent, v. The Baltimore and Ohio Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.